# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATHEW ROBERTSON, | : | Civil No. 1:20-CV-2117 |
| Petitioner, | : | |
| v. | : | |
| WARDEN, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 10th day of March, 2021, for the reasons set forth in the Memorandum accompanying this order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED.** (Doc. 1.)

2. Petitioner's motion for class certification is **DENIED**. (Doc. 10.)

3. The Clerk of Court shall **CLOSE** this case.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania
